CO-386-online
10/03

# United States District Court
# For the District of Columbia

3M Innovative Properties Company
  and Dyneon, LLC

           vs       Plaintiff

Ausimont S.p.A. and
  Solvay Solexis S.p.A.

               Defendant

)
)
)
)
)
)
)
)
)
)

Civil Action No._____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  3M Innovative Properties Company and Dyneon, LLC  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  3M Innovative Properties Company and Dyneon, LLC  which have

any outstanding securities in the hands of the public:

   3M Company

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

358,515
_____
BAR IDENTIFICATION NO.

Steven B. Kelber
_____
Print Name

901 Fifteenth Street, N.W., Suite 850
_____
Address

Washington, D.C.  20005
_____
City          State          Zip Code

202-326-0333
_____
Phone Number