AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

3M INNOVATIVE PROPERTIES )
COMPANY and DYNEON, LLC )
      Plaintiff(s) )  **APPEARANCE**
     )
     )
      vs. )  CASE NUMBER   1:06CV00371-EGS
AUSIMONT S.p.A. and )
SOLVAY SOLEXIS S.p.A. )
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Steven B. Kelber   as counsel in this
                                      (Attorney's Name)

case for:   3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC
                          (Name of party or parties)

March 8, 2006                    _/s/ Steven B. Kelber_
Date                             Signature

                                  Steven B. Kelber
358,515                          Print Name
BAR IDENTIFICATION
                                  901 Fifteenth Street, N.W., Suite 850
                                  Address

                                  Washington, D.C.  20005
                                  City        State        Zip Code

                                  202-326-0300
                                  Phone Number