UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC<br><br>St. Paul, Minnesota 55144<br><br>Plaintiffs,<br><br>v.<br><br>AUSIMONT S.p.A. and SOLVAY SOLEXIS S.p.A.<br><br>I-20021 Bollate (MI), Italy<br><br>Defendants. | Case Number: 1:06CV00371-EGS |

## STIPULATION

Whereas the parties to the above-captioned matter have met, through counsel, and conferred and come to limited agreement, the parties do hereby stipulate as follows:

1. The Complaint in the above-captioned matter was filed on March 2, 2006. The First Amended Complaint was filed on March 7, 2006.

2. A copy of the Complaint and First Amended Complaint in the above-captioned matter was served on counsel for Defendants, Kenyon & Kenyon, One Broadway, New York, New York, 10004, on March 7, 2006 via Federal Express delivered to counsel for Defendants on March 8, 2006.

3. To avoid unnecessary process and advance consideration of the issues on their merits, Counsel for Defendants agrees to accept service for Defendants of the Complaint and First Amended Complaint, and did so on March 8, 2006.

-2-

4. To avoid unnecessary process and advance consideration of the issues on their merits, Counsel for Plaintiffs agrees that Defendants shall have until May 1, 2006 to Answer or otherwise respond to the First Amended Complaint in the above-captioned matter.

The parties agree that electronic filing of this Stipulation may be affected by counsel for Plaintiffs.

Agreed to this 6th day of April, 2006.

| | |
|---|---|
| /s/John R. Kenny | /s/Steven B. Kelber |
| John R. Kenny | Steven B. Kelber |
| | D.C. Bar No. 358515 |
| Kenyon & Kenyon | Merchant & Gould |
| One Broadway | 901 Fifteenth Street, Suite 850 |
| New York, New York 10004 | Washington, D.C. 20005 |
| Telephone: 212-908-6418 | Telephone: 202.326.0300 |
| Facsimile: 212-425-5288 | Facsimile: 202.326.0778 |
| Counsel for Defendants | Counsel for Plaintiffs |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing STIPULATION was served via FedEx on this 6th day of April 2006 to the following address:

John R. Kenny, Esq.
Kenyon & Kenyon
One Broadway
New York, NY  10004


/s/Steven B. Kelber
Steven B. Kelber