CO-386-online
10/03

# United States District Court
# For the District of Columbia

3M INNOVATIVE PROPERTIES )
COMPANY and DYNEON, LLC )
                        )
             Plaintiff  )    Civil Action No. 1:06-CV-00371-EGS
         vs             )
                        )
SOLVAY SOLEXIS S.p.A.   )
                        )
                        )
             Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __SOLVAY SOLEXIS S.p.A.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Solvay Solexis S.p.A.__ which have any outstanding securities in the hands of the public:

Solvay SA

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

__456,749__
BAR IDENTIFICATION NO.

John R. Hutchins
Print Name

KENYON & KENYON LLP, 1500 K Street, N.W., Suite 700
Address

Washington, D.C.   20005
City          State          Zip Code

(202) 220-4217
Phone Number