**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES<br>COMPANY and DYNEON, LLC,<br><br>          *Plaintiffs*,<br><br>          v.<br><br>AUSIMONT S.p.A. and SOLVAY SOLEXIS<br>S.p.A.,<br><br>          *Defendants*.<br><hr>SOLVAY SOLEXIS S.p.A.,<br><br>          *Counter Claimant*,<br><br>          v.<br><br>3M INNOVATIVE PROPERTIES<br>COMPANY and DYNEON, LLC,<br><br>          *Counter Defendants*. | Case Number:  1:06CV00371-EGS |

**CONSENT MOTION FOR ADMISSION *PRO HAC VICE* OF**
**<u>JOHN R. KENNY AND MICHAEL J. FRENO</u>**

     I, John R. Hutchins, a member of the Bar of the District Court for the District of

Columbia, hereby move, pursuant to LCvR 83.2(d), for the admission *pro hac vice* of John R.

Kenny, Esq. and Michael J. Freno, Esq., both of Kenyon & Kenyon LLP, to represent Defendant

and Counter Claimant Solvay Solexis S.p.A. for all purposes in the above-captioned action.  The

declarations of John R. Kenny and Michael J. Freno setting forth the information required by

LCvR 83.2(d) accompany this motion as exhibits.  I certify that I find the applicants to be

reputable and competent attorneys, and that I am in a position to recommend their admission.

- 2 -

I further certify that, as required by Local Rule 7(m), Kenyon & Kenyon LLP conferred with counsel for Plaintiffs 3M Innovative Properties Company and Dyneon, LLC, and they consented to this motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order admitting John R. Kenny and Michael J. Freno *pro hac vice* to the United States District Court for the District of Columbia.


Dated:  October 17, 2006                    Respectfully submitted,

*/s/ John R. Hutchins*
John R. Hutchins - Bar No. 456,749
KENYON & KENYON LLP
1500 K. Street, N.W., Suite 700
Washington, D.C.  20005
Phone:  (202) 220-4200

*Attorney for Defendant and Counterclaimant Solvay Solexis, S.p.A.*