UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUSIMONT S.p.A. and SOLVAY SOLEXIS S.p.A.,<br><br>*Defendants*.<br><br>―――――――――――――<br><br>SOLVAY SOLEXIS S.p.A.,<br><br>*Counter Claimant*,<br><br>v.<br><br>3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>*Counter Defendants*. | Case Number: 1:06CV00371-EGS |

## DECLARATION OF JOHN R. KENNY

I, John R. Kenny, hereby declare, pursuant to LCvR 83.2(d), that:

1. My full name is John Robert Kenny.

2. I am a partner in the law firm Kenyon & Kenyon LLP, located at One Broadway, New York, NY, 10004. My telephone number is (212) 908-6418.

3. I have been admitted to the bars of the States of California and New York and the U.S. Court of Appeals for the Federal Circuit. I have also been admitted to the bars for the United States

- 2 -

District Courts for the Central, Eastern, Northern and Southern Districts of California and the Eastern, Northern and Southern Districts of New York.

4. I have not been disciplined by any bar or court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

I affirm under the penalties for perjury that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Dated: October 16, 2006

_____
John R. Kenny