UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>   *Plaintiffs*,<br><br>v.<br><br>AUSIMONT S.p.A. and SOLVAY SOLEXIS S.p.A.,<br><br>   *Defendants*.<br><br>―――――――――――――――<br><br>SOLVAY SOLEXIS S.p.A.,<br><br>   *Counter Claimant*,<br><br>v.<br><br>3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>   *Counter Defendants*. | Case Number: 1:06CV00371-EGS |

## DECLARATION OF MICHAEL J. FRENO

I, Michael J. Freno, hereby declare, pursuant to LCvR 83.2(d), that:

1. My full name is Michael J. Freno.

2. I am an associate in the law firm Kenyon & Kenyon LLP, located at One Broadway, New York, NY, 10004. My telephone number is (212) 425-7200.

3. I have been admitted to the bar of the State of New York.

4. I have not been disciplined by any bar or court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

I affirm under the penalty of perjury that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Dated: October 13, 2006

_____
Michael J. Freno