UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUSIMONT S.p.A. and SOLVAY SOLEXIS S.p.A.,<br><br>*Defendants.*<br><br>―――――――――――――――――<br><br>SOLVAY SOLEXIS S.p.A.,<br><br>*Counter Claimant*,<br><br>v.<br><br>3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>*Counter Defendants.* | Case Number:  1:06CV00371-EGS |

**PROPOSED ORDER FOR ADMISSION *PRO HAC VICE*
OF JOHN R. KENNY AND MICHAEL J. FRENO**

Upon the consent motion of John R. Hutchins, attorney for Defendant and Counter Claimant Solvay Solexis S.p.A., for an Order admitting John R. Kenny, Esq. and Michael J. Freno, Esq. *pro hac vice* in this action, and in consideration of the declarations attached thereto, it is hereby:

ORDERED that John R. Kenny, Esq. and Michael J. Freno, Esq. are admitted *pro hac vice* to represent Defendant and Counter Claimant Solvay Solexis S.p.A. for all purposes in the above-captioned action.

Dated: _____      _____
                                United States District Court Judge