UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>AUSIMONT S.p.A. and SOLVAY SOLEXIS S.p.A.,<br><br>      *Defendants*.<br><br>_____<br><br>SOLVAY SOLEXIS S.p.A.,<br><br>      *Counter Claimant*,<br><br>    v.<br><br>3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>      *Counter Defendants*. | Case Number:  1:06CV00371-EGS |

**JOINT MOTION FOR CONTINUANCE OF**
**THE INITIAL SCHEDULING CONFERENCE**

     Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant and Counter Claimant Solvay Solexis S.p.A. and Plaintiffs and Counter Defendants 3M Innovative Properties and Dyneon, LLC, by and through counsel, hereby move jointly for continuance of the Initial Scheduling Conference, which is currently set for October 31, 2006 by this Court's Order of September 18, 2006.  In support of this motion, the parties submit the following:

    1. Good cause exists for the requested continuance.  The parties have conferred pursuant to LCvR 16.3 of the Local Rules and Fed. R. Civ. P. 26(f) and have determined that a reasonable

likelihood of settlement of this case exists.  Additional time to discuss settlement before the Initial Scheduling Conference is requested.  In addition, a later conference would be of logistical assistance.

    2. The parties jointly respectfully propose November 15, 2006 as the alternative date for the Initial Scheduling Conference.  If that date is not convenient, the parties respectfully propose November 14, 2006 or November 20, 2006 as alternatives.  These dates have been agreed to by all parties.

    WHEREFORE, the undersigned respectfully requests that this Court enter an Order continuing the Initial Scheduling Conference.

Dated:  October 23, 2006

Respectfully submitted,

*/s/ John R. Hutchins*
John R. Hutchins - Bar No. 456,749
KENYON & KENYON LLP
1500 K. Street, N.W., Suite 700
Washington, D.C.  20005
Phone:  (202) 220-4200

John R. Kenny
Michael J. Freno
KENYON & KENYON LLP
One Broadway
New York, NY  10004
Phone:  (212) 425-7200

*Attorneys for Defendant and Counter Claimant Solvay Solexis, S.p.A.*

*/s/ Steven B. Kelber*
Steven B. Kelber
D.C. Bar No. 358515
Merchant & Gould
901 Fifteenth Street, Suite 850

Washington, D.C. 20005
Telephone: 202.326.0300
Facsimile: 202.326.0778

*Attorney for Plaintiffs and Counter Defendants 3M Innovative Properties Company and Dyneon, LLC*

- 3 -