UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>AUSIMONT S.p.A. and SOLVAY SOLEXIS S.p.A.,<br><br>    *Defendants*.<br><br>―――――――――――――――<br><br>SOLVAY SOLEXIS S.p.A.,<br><br>    *Counter Claimant*,<br><br>    v.<br><br>3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>    *Counter Defendants*. | Case Number:  1:06CV00371-EGS |

**[PROPOSED] ORDER FOR CONTINUANCE OF
<u>THE INITIAL SCHEDULING CONFERENCE</u>**

    Upon the joint motion of the parties, and in consideration of the cause shown therein, it is hereby:

    ORDERED that the Initial Scheduling Conference in this action be continued to

_____.

Dated: _____       _____
                                                             United States District Court Judge