UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,**<br><br>*Plaintiffs*,<br>v.<br><br>**SOLVAY SOLEXIS S.p.A.,**<br><br>*Defendant.* | Case Number: 1:06CV00371-EGS |
| **SOLVAY SOLEXIS S.p.A.,**<br><br>*Counter Claimant*,<br>v.<br><br>**3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,**<br><br>*Counter Defendants.* | |

**[PROPOSED] SCHEDULING ORDER**

The Court having conducted an initial Rule 16 scheduling and planning conference in the above captioned matter on _____:

IT IS ORDERED that:

    (1).   **Rule 26(a)(1) Initial Disclosures**. The parties stipulate to dispense with the initial disclosures required by Fed.R.Civ.P. 26(a)(1).

    (2).   **Joinder of Other Parties and Amendment of Pleadings.** The parties will join any other parties and amend pleadings by December 1, 2006.

(3).    **Case Dispositive Motions**.  The parties will file dispositive motions and briefing on the issues to be addressed in the case on the following schedule:

| | |
|---|---|
| January 24, 2007 | Motions for Summary Judgment, Motions on Issues to be Addressed in the Case ("Issue Motions") |
| February 23, 2007 | Oppositions |
| March 14, 2007 | Replies |
| April 13, 2007 | Hearing on Summary Judgment Motions and Issue Motions |

The parties can also file Summary Judgment Motions and Issue Motions after the end of fact discovery.

(4).    **Status Conference.**  The parties will appear before the Court on June 15, 2007 to discuss further proceedings in the case, including all remaining dates for discovery and the date for a pretrial conference.

(5).    **Discovery.**  The number of interrogatories, admissions, requests for documents and things will not exceed the limit allowed by the Federal Rules of Civil Procedure. The number of depositions to be taken by each side shall not exceed ten (10).

Tentatively, discovery is scheduled to take place as follows:

| | |
|---|---|
| October 15, 2007 | End Fact Discovery |
| November 5, 2007 | Expert Reports on Issues In Which a Party Has the Burden of Proof |
| December 3, 2007 | Rebuttal Expert Reports |
| December 21, 2007 | Replies to Rebuttal Reports |
| January 22, 2008 | End Expert Discovery |

This tentative discovery schedule, however, is subject to modification at the June 15, 2007 status conference.

- 3 -

      (6).    **Pretrial Conference.**  A pretrial conference is currently scheduled to occur on April 18, 2008.  The date of a pretrial conference will be revisited at the June 15, 2007 status conference after summary judgment motions.

      (7).    **Trial.**  The date for trial will be determined at a later time.

Dated: _____, 2006.      _____
                                                 UNITED STATES DISTRICT JUDGE

Case 1:06-cv-00371-EGS    Document 14-2    Filed 10/24/2006    Page 3 of 3