UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>AUSIMONT S.p.A. and SOLVAY SOLEXIS S.p.A.,<br><br>    *Defendants*.<br><br>─────────────────────<br><br>SOLVAY SOLEXIS S.p.A.,<br><br>    *Counter Claimant*,<br><br>    v.<br><br>3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>    *Counter Defendants*. | Case Number:  1:06CV00371-EGS |

**JOINT MOTION FOR CONTINUANCE OF**
**THE INITIAL SCHEDULING CONFERENCE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant and Counter Claimant Solvay Solexis S.p.A. and Plaintiffs and Counter Defendants 3M Innovative Properties and Dyneon, LLC, by and through counsel, hereby move jointly for continuance of the Initial Scheduling Conference, which is currently set for January 17, 2007 by this Court's Order of November 20, 2006.  In support of this motion, the parties submit the following:

1. Good cause exists for the requested continuance. The parties have conferred pursuant to LCvR 16.3 of the Local Rules and Fed. R. Civ. P. 26(f) and, at this time, the parties have executed an agreement settling the case. Additional time to submit a paper dismissing the case is requested.

2. The parties jointly and respectfully propose Friday, February 16, 2007 as the alternative date for the Initial Scheduling Conference, if the Initial Scheduling Conference is still necessary. This date has been agreed to by all parties.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order continuing the Initial Scheduling Conference.


Dated:  January 12, 2007                    Respectfully submitted,


*/s/ John R. Hutchins*                      */s/ Steven B. Kelber*
John R. Hutchins - Bar No. 456,749          Steven B. Kelber
KENYON & KENYON LLP                         D.C. Bar No. 358515
1500 K. Street, N.W., Suite 700             Merchant & Gould
Washington, D.C.  20005                     901 Fifteenth Street, Suite 850
Phone:  (202) 220-4200                      Washington, D.C. 20005
                                            Telephone: 202.326.0300
John R. Kenny                               Facsimile: 202.326.0778
Michael J. Freno
KENYON & KENYON LLP                         *Attorney for Plaintiffs and Counter Defendants 3M*
One Broadway                                *Innovative Properties Company and Dyneon, LLC*
New York, NY  10004
Phone:  (212) 425-7200


*Attorneys for Defendant and Counter*
*Claimant Solvay Solexis, S.p.A.*