UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>         *Plaintiffs*,<br>     v.<br><br>AUSIMONT S.p.A. and SOLVAY SOLEXIS S.p.A.,<br>         *Defendants*.<br>_____<br><br>SOLVAY SOLEXIS S.p.A.,<br><br>         *Counter Claimant*,<br><br>     v.<br><br>3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>         *Counter Defendants*. | Case Number:  1:06CV00371-EGS |

[PROPOSED] ORDER FOR CONTINUANCE OF
THE INITIAL SCHEDULING CONFERENCE

Upon the joint motion of the parties, and in consideration of the cause shown therein, it is hereby:

ORDERED that the Initial Scheduling Conference in this action be continued to _____.


Dated: _____            _____
                                United States District Court Judge