UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>AUSIMONT S.p.A. and SOLVAY SOLEXIS S.p.A.,<br><br>   *Defendants*.<br><hr><br>SOLVAY SOLEXIS S.p.A.,<br><br>   *Counter Claimant*,<br><br>  v.<br><br>3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>   *Counter Defendants*. | Case Number: 1:06CV00371-EGS |

## JOINT STATUS REPORT

In response to the Court's February 14, 2007 order, the parties jointly submit this status report to inform the Court that they believe that the Initial Scheduling Conference now set for February 20 is not necessary. The parties executed a settlement in December 2006 which requires the parties to jointly seek dismissal of the action with each party bearing its own costs and attorneys' fees. 3M Innovative Properties Company, who filed the 35 U.S.C. § 146 appeal resulting in the pending action, has been drafting for the past few weeks the requisite papers to dismiss the case and plans to provide them shortly to Solvay Solexis S.p.A. The parties believe a stipulation dismissing the case will be filed imminently and apologize for the inconvenience.

Dated: February 15, 2007  Respectfully submitted,

*/s/ John R. Hutchins*
John R. Hutchins - Bar No. 456,749
KENYON & KENYON LLP
1500 K. Street, N.W., Suite 700
Washington, D.C. 20005
Phone: (202) 220-4200

John R. Kenny
Michael J. Freno
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Phone: (212) 425-7200

*Attorneys for Defendant and Counter Claimant Solvay Solexis, S.p.A.*

*/s/ Leigh Callander*
Leigh Callander – Bar No. 484,151
Merchant & Gould
901 Fifteenth Street, Suite 850
Washington, D.C. 20005
Telephone: 202.326.0300
Facsimile: 202.326.0778

Doug Williams
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.332.5300
Facsimile: 612.332.9081

*Attorneys for Plaintiffs and Counter Defendants 3M Innovative Properties Company and Dyneon, LLC*