AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

3M INNOVATIVE PROPERTIES  
COMPANY and DYNEON, LLC.   )  
       Plaintiff(s)         )   **APPEARANCE**  
                        )  
                        )  
            vs.             )   CASE NUMBER   1:06-CV-00371-EGS  
AUSIMONT S.p.A. and SOLVAY   )  
SOLEXIS S.p.A.   )  
       Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Leigh Z. Callander   as counsel in this
                              (Attorney's Name)

case for:  3M Innovative Properties Company and Dyneon, LLC
                    (Name of party or parties)

February 15, 2007  
Date

*[signature]*  
Signature

Leigh Z. Callander/ Merchant & Gould, PC  
Print Name

484,151  
BAR IDENTIFICATION

901 Fifteenth Street, NW, Suite 850  
Address

Washington, DC  20005  
City        State        Zip Code

202-326-0327  
Phone Number