UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUSIMONT S.p.A. and SOLVAY SOLEXIS S.p.A.,<br><br>*Defendants.*<br>_____<br><br><br>SOLVAY SOLEXIS S.p.A.,<br><br>*Counter Claimant*,<br><br>v.<br><br>3M INNOVATIVE PROPERTIES COMPANY and DYNEON, LLC,<br><br>*Counter Defendants.* | Case Number: 1:06CV00371-EGS |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff/Counterclaim Defendants 3M Innovative Properties Company and Dyneon, LLC and Defendant Ausimont S.p.A. and Defendant Counter Claimant Solvay Solexis S.p.A., hereby stipulate and agree that the above-captioned Action shall be dismissed with prejudice as to all claims by and between each of the parties. All parties will bear their own costs and fees.

Dated: April 2, 2007                                      Respectfully submitted,


/s/ John R. Hutchins                                      /s/ Leigh Z. Callander
John R. Hutchins - Bar No. 456,749                        Leigh Z. Callander
KENYON & KENYON LLP                                       D.C. Bar No. 484151
1500 K. Street, N.W., Suite 700                           Merchant & Gould, PC
Washington, D.C. 20005                                    901 Fifteenth Street, Suite 850
Telephone: 202.220.4200                                   Washington, D.C. 20005
                                                          Telephone: 202.326.0300
John R. Kenny                                             Facsimile: 202.326.0778
Michael J. Freno
KENYON & KENYON LLP                                       Douglas J. Williams
One Broadway                                              Merchant & Gould, PC
New York, NY 10004                                        3200 IDS Center
Telephone: 212.425.7200                                   80 South Eighth Street
                                                          Minneapolis, MN 55402
                                                          Telephone: 612.332.5300
*Attorneys for Defendant and Counter*                     Facsimile: 612.332.9081
*Claimant Solvay Solexis, S.p.A.*

                                                          *Attorneys for Plaintiffs and Counter*
                                                          *Defendants 3M Innovative Properties*
                                                          *Company and Dyneon, LLC*